```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vladimir Krull, Jr.,

                          Plaintiff,

    -against-

Commissioner of Social Security,

                         Defendant.

1:24-cv-09229 (VSB) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the provisions of 28 U.S.C. § 636(c) and Rule 72 of the Federal Rules of Civil Procedure, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court. Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent.

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby Ordered that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the undersigned. If both parties consent, counsel for Defendant must, no later than Thursday, January 16, 2025, email to Aaron_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

If the Court approves that form, all further proceedings will then be conducted before the undersigned. If either party does not consent to conducting all further proceedings before a Magistrate Judge, the parties must file a joint letter, no later than Thursday, January 16, 2025, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

This Order is not intended to interfere with the parties' right to have any dispositive proceedings before a United States District Judge. The parties are free to withhold their consent without adverse consequences.

**SO ORDERED.**

DATED:     New York, New York
           December 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge