**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 VLADIMIR KRULL, JR.,

                            Plaintiff,                24 **CIVIL** 9229 (SDA)

     -v-                                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 5, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a hearing and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

      September 5, 2025

                                                            **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                             **BY:**     *K. Mango*

                                                               **Deputy Clerk**